**NU–WAY CONCRETE COMPANY, INC., Appellant,**

v.

**Janet A. NAPOLITANO, Secretary of Homeland Security, Appellee.**

**No. 2011–1171.**

United States Court of Appeals, Federal Circuit.

Dec. 9, 2011.

J. Marshall Gilmore, of Winter Park, FL, argued for the appellant.

Jeffrey A. Regner, Trial Attorney, Civil Division, United States Department of Justice, of Washington, DC, argued for the appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Brian M. Simkin, Assistant Director. Of counsel on the brief was Jean Hardin, Attorney,

FEMA Office of Chief Counsel, Mission Support Division, Acquisition, Technology and Property Branch, of Washington, DC.

DYK, PROST, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.